Susan P. Crawford
CRADDOCK DAVIS & KRAUSE LLP
3100 Monticello Ave. Suite 550
Dallas, TX 75205
214 750 3550
214 750 3551 (fax)
scrawford@cdklawfirm.com
Attorney for Vanderbilt Mortgage and Finance, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 09-bk-10713-JMM <br> CHAPTER 13 |
| DAVID P. STEWART <br> NANCY BIEL STEWART <br> *Debtor* | § § § § | |
| VANDERBILT MORTGAGE AND <br> FINANCE, INC. | § § § | |
| *Movant* | § § | |
| VS. | § § | |
| DAVID P. STEWART <br> NANCY BIEL STEWART | § § § | |
| *Respondent* | § | |

## AFFIDAVIT OF BRANDON HENSLEY

STATE OF TENNESSEE          §
                            §

(pre-petition) 2310.34
(post-petition) 3291.24

10. Debtor has made the following post-petition payments to creditor:

| Date Received/Amount | 7/15/09 | 1190.45 |
| Date Received/Amount | | |
| Date Received/Amount | 8/25/09 | 700.00 |
| Date Received/Amount | | |
| Date Received/Amount | 9/28/09 | 700.00 |
| Date Received/Amount | | |
| Date Received/Amount | | |
| Date Received/Amount | | |

Further Affiant sayeth not.

/s/ Brandon Hensley

Brandon Hensley

SUBSCRIBED and SWORN TO BEFORE ME, by the said Brandon Hensley on this the 20th day of October, 2005, to certify which witness my signature and seal of office.

Notary Public, State of Tennessee



COUNTY OF BLOUNT §

BEFORE ME, the undersigned authority, on this day personally appeared Brandon Hensley, known to me to be the person whose name is subscribed hereto and being first duly sworn under oath deposed and said the following:

1. "My name is Brandon Hensley. I am over twenty-one years of age and have never been convicted of a crime or offense involving moral turpitude. I am competent and capable of making this Affidavit.

2. I am employed by Vanderbilt Mortgage and Finance, Inc. I am Custodian of the business records of Vanderbilt Mortgage and Finance, Inc., and the business records are made at or near the time of the transaction. I have personal knowledge of the statements herein and they are true and correct.

3. On February 28, 2007, David Stewart and Nancy Stewart entered into a Real Estate Note and Deed of Trust with Popular Financial Services, LLC for the purchase of a the real property and improvements located at 1792 Morgan Place, Show Low, Navajo County, AZ 85901. Vanderbilt is now owner and holder of said Note and Deed of Trust by virtue of a Power of Attorney dated September 16, 2008. All of the documents attached to Vanderbilt's Motion, Exhibits A, B and C and true and correct copies of Vanderbilt's business records.

4. The total amount financed was: $120,000.00.

5. The monthly payments on the note including escrow is $1,190.45..

6. The Debtor has defaulted on payments. A true and correct copy of the Debtors payment history is attached hereto as Exhibit 1.

7. The payoff on the Debtor's property through 11/19/09 is $123,833.60.

    a. The unpaid interest (currently 9.95 % and accruing at 32.31 per diem);

    b. Accrued unpaid late charges 340.74;

    c. Escrow advance 141.80;

8. To the best of Movant's belief, value on the property is $ 110,000. There is no equity or will be no equity by the date of foreclosure.

9. Debtor's last payment was received on 9/28/09.

    Total arrears: 3773.78 (Aug. - Oct. payments + late charges + Escrow advance)

LOAN #........: [redacted]
COLLECTOR NAME.: LORNA WESTCOTT 7105
CUSTOMER NAME..: DAVID STEWART
NOTE RATE......:    9.950          SCHEDULED PAYMENT....:    1,190.45

| DUE DATE | PAID DATE | PAYMENT CODE/TYPE/DESCRIPTION | TOTAL PAYMENT | AMT TO PRINCIPAL | AMT TO INTEREST | AMT TO OVERAGE | AMT TO ESC/ADV | PRINCIPAL BALANCE | RATE | LATE/NSF CHG BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/01/2009 | 9/28/2009 | 500-PMT-Money to Unapp Funds |       .00 |    .00 |    .00 |   490.45- |    .00 |        .00 | 9.950 | 340.74 |
| 7/01/2009 | 9/28/2009 | 50P-PMT-Customer Pmt | 1,190.45 | 65.43 | 983.22 |    .00 | 141.80 | 118,513.79 | 9.950 | 340.74 |
| 7/01/2009 | 9/26/2009 | 65E-DIS-Escrow Disbursement |       .00 |    .00 |    .00 |    .00 | 353.87- |        .00 | 9.950 | 340.74 |
| 7/01/2009 | 8/25/2009 | 500-PMT-Money to Unapp Funds |       .00 |    .00 |    .00 |   700.00 |    .00 |        .00 | 9.950 | 340.74 |
| 7/01/2009 | 8/18/2009 | 65E-DIS-Escrow Disbursement |       .00 |    .00 |    .00 |    .00 | 790.00- |        .00 | 9.950 | 340.74 |
| 7/01/2009 | 8/18/2009 | 53P-PMT-Draft Payment | 1,190.45 | 66.89 | 983.76 |    .00 | 141.16- | 118,579.22 | 9.950 | 340.74 |
| 4/01/2009 | 7/15/2009 | 65E-DIS-Escrow Disbursement |       .00 |    .00 |    .00 |   52.43- |    .00 |        .00 | 9.950 | 340.74 |
| 4/01/2009 | 4/07/2009 | 53P-PMT-Phone Draft Overage |       .00 |    .00 |    .00 |    .00 | 236.67 |        .00 | 9.950 | 340.74 |
| 4/01/2009 | 3/24/2009 | 53L-PMT-Draft Late Fee |       .00 |    .00 |    .00 |    .00 |    .00 | 118,644.11 | 9.950 | 343.36 |
| 4/01/2009 | 3/24/2009 | 53P-PMT-Draft Payment | 1,285.32 | 64.36 | 984.29 |   52.43 | 236.67 |        .00 | 9.950 | 343.36 |
| 3/01/2009 | 2/27/2009 | 53L-PMT-Phone Draft Overage |       .00 |    .00 |    .00 |    .00 |    .00 |        .00 | 9.950 | 343.36 |
| 3/01/2009 | 2/27/2009 | 53L-PMT-Draft Late Fee |       .00 |    .00 |    .00 |    .00 |    .00 | 118,708.47 | 9.950 | 345.98 |
| 3/01/2009 | 2/27/2009 | 53P-PMT-Draft Payment | 1,285.32 | 63.83 | 984.82 |    .00 | 236.67 | 118,772.30 | 9.950 | 345.98 |
| 2/01/2009 | 2/27/2009 | 53P-PMT-Customer Pmt | 1,285.32 | 63.30 | 985.35 |    .00 | 236.67 | 118,835.60 | 9.950 | 345.98 |
| 1/01/2009 | 1/15/2009 | 50P-PMT-Customer Pmt | 1,285.32 | 62.78 | 985.87 |   10.00 |    .00 |        .00 | 9.950 | 345.98 |
| 12/01/2008 | 12/10/2008 | 53P-PMT-Draft Payment |       .00 |    .00 |    .00 |   10.00- | 236.67 | 118,898.38 | 9.950 | 345.98 |
| 11/01/2008 | 11/10/2008 | 53P-PMT-Phone Draft Overage | 1,285.32 | 62.27 | 986.38 |    .00 |    .00 |        .00 | 9.950 | 345.98 |
| 11/01/2008 | 11/10/2008 | 53P-PMT-Draft Payment |       .00 |    .00 |    .00 |   185.32 | 236.67 | 118,960.65 | 9.950 | 345.98 |
| 11/01/2008 | 11/03/2008 | 500-PMT-Money to Unapp Funds |       .00 |    .00 |    .00 |    .00 | 236.67- |        .00 | 9.950 | 345.98 |
| 10/01/2008 | 11/03/2008 | 50P-PMT-Customer Pmt | 1,285.32 | 62.27- | 986.38- |    .00 | 321.16- |        .00 | 9.950 | 345.98 |
| 10/01/2008 | 10/22/2008 | 65E-DIS-Escrow Disbursement |       .00 |    .00 |    .00 |    .00 | 236.67 | 118,898.38 | 9.950 |  52.43 |
| 10/01/2008 | 10/16/2008 | 530-PMT-Phone Draft Overage | 1,285.32 | 61.76 | 986.38 | 1,122.58- |    .00 |        .00 | 9.950 |  52.43 |
| 9/01/2008 | 10/06/2008 | 50P-PMT-Customer Pmt |       .00 |    .00 |    .00 |    .00 |    .00 |        .00 | 9.950 |  52.43 |
| 9/01/2008 | 10/06/2008 | 53P-PMT-Draft Payment | 1,285.32 |    .00 | 986.89 |    .00 | 236.67 | 118,960.65 | 9.950 |  52.43 |

** END OF HISTORY **

HENSLEYB