
CRADDOCK DAVIS & KRAUSE LLP
3100 Monticello Avenue, Suite 550
Dallas, TX 75205-3466
214-750-3550
214-750-3551 (fax)
scrawford@cdklawfirm.com
Attorneys for Vanderbilt Mortgage and Finance, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09bk-10713-JMM |
| | § | CHAPTER 13 |
| David P. Stewart | § | |
| Nancy Biel Stewart | § | |
|    *Debtors* | § | |
| | § | |
| Vanderbilt Mortgage and Finance, Inc. | § | |
|    *Movant* | § | |
| | § | |
| VS. | § | |
| | § | |
| David P. Stewart | § | |
| Nancy Beil Stewart | § | |
|    *Respondents* | § | |

### WITNESS AND EXHIBIT LIST
### MOTION FOR RELIEF FROM AUTOMATIC STAY
### FINAL HEARING NOVEMBER 23, 2009 AT 11:15 AM

COMES NOW, Vanderbilt Mortgage and Finance, Inc. and files this its Witness and Exhibit List in conjunction with a hearing on the Motion for Relief from the Automatic Stay and lists the following as potential witnesses and exhibits in this matter:

### **WITNESSES**

1. Brandon Hensley, VMF representative will testify telephonically as to facts in his Affidavit on file herein.
2. All rebuttal witnesses.

## EXHIBITS

1. Promissory Note from Debtors to Popular Financial Services, LLC for 120,000.00 dated February 28, 2007. Exhibit A attached to Motion
2. Power of Attorney from Popular Financial Services to Vanderbilt Mortgage and Finance dated September 16, 2008. Exhibit B attached to Motion
3. Deed of Trust on real property and improvements at 1792 Morgan Place, Show Low, AZ. 85901 securing said indebtedness. Exhibit C attached to Motion.
4. Payment history on Note as attached to Affidavit of Brandon Hensley

Respectfully submitted,

CRADDOCK DAVIS & KRAUSE LLP

By: */s/ Susan P. Crawford*
    Susan P. Crawford
    State Bar No. 005646

    3100 Monticello Ave., Suite 550
    Dallas, Texas 75205
    214-750-3550
    214-750-3551 (Fax)

**ATTORNEYS FOR VANDERBILT MORTGAGE AND FINANCE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Service was filed with the clerk of the Court using the CM/ECF system and was served upon Plaintiffs counsel by electronic means this 17th day of November 2009.

**By Electronic Means**
Eric Slocum Sparks
110 S. Church Ave., #2270
Tucson, AZ 85701
eric@ericslocumsparkspc.com

    */s/ Susan P. Crawford*
    Susan P. Crawford