# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DAVID P & NANCY BIEL STEWART | | |
| **Case Number:** | 4:09-BK-10713-JMM | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, JANUARY 04, 2010 11:00 AM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | BEVERLY GRANILLO | | |

## *Matters:*

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 3965 E. PASEO DORADO, TUCSON, AZ  FILED BY WELLS FARGO BANK, N.A.
   **R / M #:**   40 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 750 WEST KANMAR PLACE, TUCSON, AZ FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE2 .
   **R / M #:**   54 / 0

3) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY REAL PROPERTY AT 327 E. MABEL ST. TUCSON, AZ FILED BY MERS AS NOMINEE FOR BAC HOME LOANS SERVICING, LP .
   **R / M #:**   62 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
ERIC SLOCUM SPARKS, ATTORNEY FOR DAVID P STEWART, NANCY BIEL STEWART
LEONARD J. MCDONALD, ATTORNEY FOR MERS, U. S. BANK NATIONAL ASSOC., WELLS FARGO, APPEARING BY PHONE

## *Proceedings:*

MR. SPARKS STATES THE DEBTORS ARE MAKING SOME PAYMENTS.  HE REQUESTS A CONTINUANCE OF ALL MATTERS.  THE DEBTORS ARE WORKING, AND THESE ARE RENTAL PROPERTIES.

MR. MORRIS STATES THESE ARE ELIGIBLE FOR CONDUIT RELIEF.

MR. MCDONALD STATES NO OBJECTION TO SETTING THESE FOR FINAL HEARINGS.

COURT:  ALL MATTERS WILL BE SET FOR FINAL HEARINGS ON FEBRUARY 1, 2010 AT 11:15 A.M. (1 MIN.)